## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR 11-2230-TUC-DCB |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| MICHAEL EDWARD ALCANTAR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Motion to Dismiss for Lack of Jurisdiction.

Magistrate Judge Guerin conducted a hearing on October 5, 2011, and issued her Report and Recommendation on November 6, 2011. A copy was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge's Report and Recommendation (Doc. 123)

/ / /

is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Defendant's Motion is denied.

DATED this 22nd day of November, 2011.

David C. Bury
United States District Judge